## HENRY BROWN v. THE STATE.

1. By the terms of a recognizance taken on an appeal in a misdemeanor case, each of the two sureties was bound in but half of the sum fixed by the court.  Held, that this is not in conformity with the law.

2. A recognizance in a misdemeanor case, taken on an appeal, which only binds the principal to appear at the term of the district court then pending, is not sufficient.

APPEAL from Parker. Tried below before the Hon. Charles Soward.

The indictment and conviction were for exhibiting a gaming table. The sum fixed by the court on the appeal was one hundred and fifty dollars; but the two sureties were bound in but seventy-five dollars each.

*W. E. Hughes*, for the appellant.

*Wm. Alexander*, Attorney General, for the State, moved to dismiss for want of a sufficient recognizance.

WALKER, J.—There is no such appeal bond in this case as the law requires. The obligation of the sureties covers but one-half of the amount of the bond.

The bond only requires the attendance of the principal at that term of the court, being held at the time the bond was taken.

There is no obligation to appear at the next term of the court, to abide the judgment of the Supreme Court.

The appeal is dismissed.

                                                    Dismissed.